1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

CESAR AUGUSTO CABRERA,

NO. CV 12-6364-VAP (AGR)

12

Petitioner,

13

v.

14

KIM HOLLAND, Warden,

ORDER ACCEPTING FINDINGS
AND RECOMMENDATION OF
UNITED STATES MAGISTRATE
JUDGE

15

Respondent.

16
17
18
19          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

20   records on file herein, and the Report and Recommendation of the United States

21   Magistrate Judge.  Petitioner has not filed any Objections to the Report.  The

22   Court accepts the findings and recommendation of the Magistrate Judge.

23          IT IS ORDERED that judgment be entered denying the Petition and

24   dismissing this action with prejudice.

25
26   DATED:  January 7,
     2015_____
27

_____
     VIRGINIA A. PHILLIPS
     United States District Judge

28