UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CESAR AUGUSTO CABRERA, | ) | NO. CV 12-6364-VAP (AGR) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| KIM HOLLAND, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 7, 2015

VIRGINIA A. PHILLIPS
United States District Judge